UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, :
100 F Street, N.W. :
Washington, DC 20549 :
: 
Plaintiff, :
:
v. : C.A. No. _____
:
CHANDRAMOWLI SRINIVASAN, :
:
Defendant. :

---

## COMPLAINT

Plaintiff Securities and Exchange Commission ("SEC"), for its Complaint against Chandramowli Srinivasan ("Defendant") alleges the following:

### NATURE OF THE ACTION

1. This action relates to the Defendant's payment of bribes totaling over $720,000 to senior employees of two Indian state-owned enterprises. The Defendant made these illicit payments between 2001 and 2003 when he was the president of A.T. Kearney Ltd. - India ("ATKI") for the purpose of retaining ATKI's business with those enterprises. Srinivasan obtained the funds necessary to pay these bribes by generating bogus invoices. This caused ATKI's parent company, Electronic Data Systems Corporation ("EDS"), to make and keep inaccurate books, records and accounts.

2. By engaging in such conduct, Srinivasan violated Sections 13(b)(5) and 30A of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §78m(b)(5) and 15 U.S.C. §78dd-1, respectively] and Rule 13b2-1 thereunder [17 C.F.R. §240.13b2-1].

3. The SEC brings this action seeking injunctions against future violations and for imposition of a civil money penalty.

## JURISDICTION

4. This Court has jurisdiction over this action pursuant to Sections 21(e) and 27 of the Exchange Act, [15 U.S.C. §§77u(e) and 78aa].

5. The Defendant, directly and indirectly, has made use of the means and instrumentalities of transportation or communication in, or the instrumentalities of, interstate commerce, or of the mails in connection with the transactions, acts, practices, and courses of business alleged in this Complaint.

## DEFENDANT

6. Chandramowli Srinivasan, age 51, is a resident of Delhi, India. Between 1997 and 2004, Srinivasan established and subsequently headed ATKI. EDS terminated Srinivasan on January 23, 2004.

## OTHER PERSONS AND ENTITIES INVOLVED

7. At all times relevant to this case, ATKI was a management consulting firm operating in Delhi, India. ATKI was a unit of A.T. Kearney, Inc., a subsidiary of EDS.

8. EDS is a Delaware corporation in the business of providing information technology services worldwide. EDS's principal executive offices are in Plano, Texas. EDS's common stock is registered with the Commission pursuant to Section 12(b) of the Exchange Act and trades on the New York Stock Exchange.

9. Between 2001 and 2003, two private energy companies that were partly owned by the Indian government ("the Indian companies") retained ATKI to provide them management consulting services.

## **THE CONDUCT**

10. Between 2001 and 2003, the Indian companies were among ATKI's highest-profile clients, generating over three-quarters of ATKI's revenues. After ATKI began having difficulties performing its obligations under the contracts with the Indian companies in 2001, senior employees of the Indian companies threatened to cancel their contracts with ATKI. Srinivasan was concerned that if these contracts were cancelled, ATKI would not be able to obtain additional business in India.

11. As a price for not canceling the contracts, Srinivasan agreed to make direct and indirect payments to certain senior employees of the Indian companies beginning in early 2001. These payments took the form of cash transfers, gifts and services of over $720,000 and continued through September 2003.

12. To fund the payments of cash and gifts, Srinivasan and an ATKI contract accountant fabricated invoices that Srinivasan subsequently signed to authorize payment. This scheme caused EDS to record these payments incorrectly in its accounting books and records.

13. Srinivasan's bribes accomplished their desired effect. Neither of the Indian companies cancelled their contract with ATKI, and one of these companies awarded two additional contracts to ATKI in September 2002 and April 2003. These bribes allowed EDS to recognize over $7.5 million in revenues from the Indian companies' contracts after ATKI began paying the bribes.

## FIRST CLAIM

### Violations of Section 30A of the Exchange Act

14. The SEC re-alleges and incorporates by reference the allegations contained in Paragraphs 1 through 13.

15. As an employee of a public company, Srinivasan made or authorized payments totaling over $720,000 to foreign officials, directly or indirectly, for purposes of obtaining or retaining business; influencing an act or decision; or securing an improper advantage from a foreign government or instrumentality.

16. By reason of the foregoing, Srinivasan violated Section 30A of the Exchange Act.

## SECOND CLAIM

### Violations of Section 13(b)(5) of the Exchange Act

17. The SEC re-alleges and incorporates by reference the allegations contained in Paragraphs 1 through 16.

18. By directing the use of fraudulent invoices to fund the payment of the bribes, Srinivasan knowingly circumvented or knowingly failed to implement a system of internal accounting controls or knowingly falsified EDS's books, records, or accounts.

19. By reason of the foregoing, Srinivasan violated Section 13(b)(5) of the Exchange Act.

## THIRD CLAIM

### Violations of Rule 13b2-1 of the Exchange Act

20. The SEC re-alleges and incorporates by reference the allegations contained in Paragraphs 1 through 19.

21. By directing the use of fraudulent invoices to fund the payment of the bribes, Srinivasan directly or indirectly falsified or caused to be falsified EDS's books, records, or accounts.

22. By reason of the foregoing, Srinivasan violated Rule 13b2-1 of the Exchange Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff SEC respectfully requests that this Court enter a Final Judgment:

1. enjoining Srinivasan from violating Section 30A of the Exchange Act, 15 U.S.C. § 78dd-1.

2. enjoining Srinivasan from violating Section 13(b)(5) of the Exchange Act, 15 U.S.C. § 78m(b)(5).

3. enjoining Srinivasan from violating Rule 13b2-1 of the Exchange Act, 17 C.F.R. § 240.13b2-1.

4. directing Srinivasan to pay a civil money penalty pursuant to Section 21(d)(3) and 32(c) of the Exchange Act [15 U.S.C. §§ 78u(d)(3) and 78ff(c)]; and

5. granting such other relief as this Court may deem just and equitable.

Dated: September 25, 2007
Washington, DC

*/s/ Kevin O'Rourke*
Kevin O'Rourke (DC Bar # 254920)
Kenneth R. Lench
Andrew Sporkin
Rami Sibay
John J. Rossetti Jr.

Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
Tel: 202-551-4442 (O'Rourke)
Fax: 202-772-9246

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
United States Securities and Exchange Commission

## DEFENDANTS
Chandramowli Srinivasan

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  99999
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Kevin O'Rourke, Esq.
U.S. Securities and Exchange Commission
100 F Street, N.W.
Washington, DC 20549-4010
202-551-4442

ATTORNEYS (IF KNOWN)
Daniel J. Hurson, Esq.
The Hurson Law Firm LLP
1912 Sunderland Place, N.W.
Washington, D.C. 20036
202-530-1230

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ● 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
- ☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

● **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☒ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
15 U.S.C. Sections 78m(b)(5), 78dd-1; 17 CFR Section 240.13b2-1. The defendant violated the Foreign Corrupt Practices Act by bribing foreign officials.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____  Check YES only if demanded in complaint
JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 9/25/07   SIGNATURE OF ATTORNEY OF RECORD  *Kevin O'Rourke*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.